NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANOOSHAVAN SARKISIAN; et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS; et al.,<br><br>        Defendants - Appellees,<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee for Mortgage Pass-Through Certificates Series 2007-ARI; et al.,<br><br>        Defendants. | No. 09-55538<br><br>D.C. No. 2:08-cv-04447-R-CW<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and PAEZ, Circuit Judges.

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Anooshavan and Roobina Sarkisian appeal pro se from the district court's order dismissing their action seeking relief from foreclosure on their residence under various federal statutes. We have jurisdiction under 28 U.S.C. § 1291. We may affirm on any ground supported by the record. *ACLU of Nev. v. City of Las Vegas,* 333 F.3d 1092, 1097 (9th Cir.2 003). We affirm.

The district court properly dismissed the Sarkisians' action, which was barred by the doctrine of res judicata because it arose from the same "transactional nucleus of fact," namely the Sarkisians' loss of specified real property, as their earlier state court action. *See U.S. ex rel. Barajas v. Northrop Corp*., 147 F.3d 905, 910 (9th Cir. 1998) (res judicata barred a claim where an earlier judgment had resolved a different but related claim).

**AFFIRMED.**